IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, <br> *Plaintiff,* <br><br> v. <br><br> TOP GYM LLC, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 7:21-cv-00080 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Atlantic Casualty Insurance Company and Defendant Top Gym LLC have reached a settlement of all claims in this lawsuit. Having reached an agreement, the parties respectfully request the following:

- the Court's suspension of all deadlines that have not passed; and
- 45 days to execute and perform the settlement agreement and file the agreed dismissal documents.

Respectfully submitted.

AGREED AS TO FORM AND SUBSTANCE:

*Francesca A. Di Troia* (signature)
_____
Camille Johnson
State Bar No. 10686600
S.D. Bar No. 16414
Francesca A. Di Troia
State Bar No. 24097596
S.D. Bar No. 3278381
SAVRICK, SCHUMANN, JOHNSON,
MCGARR, KAMINSKI & SHIRLEY, LLP
4621 Ross Avenue, Suite 300
Dallas, Texas 75204
O: (214) 368-1515
F: (214) 292-9647
camille@ssjmlaw.com
francesca@ssjmlaw.com
**Counsel for Plaintiff Atlantic Casualty Insurance Company**

/s/ Jose A. Chapa (with permission)
_____
Jose A. Chapa
State Bar No. 24113688
S.D. Bar No. 3410000
JOSE A. CHAPA LAW FIRM, PLLC
3116 Scenic Way Avenue
McAllen, Texas 78503
O: (214) 629-0788
jachapa@mail.smu.edu

Eric A. Quiroz
State Bar No. 24090921
S.D. Bar No. 2705110
Douglas E. Pennebaker
State Bar No. 00788178
S.D. Bar No. 23238
PENNEBAKER LAW FIRM, P.C.
2101 NW Military Hwy.
San Antonio, Texas 78213
O. (210) 562-2882
eric@pennebakerlaw.com
**Counsel for Defendant Top Gym LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

    Jose A. Chapa
    JOSE A. CHAPA LAW FIRM, PLLC
    3116 Scenic Way Avenue
    McAllen, Texas 78503

    &

    Eric A. Quiroz
    PENNEBAKER LAW FIRM, P.C.
    2101 NW Military Hwy.
    San Antonio, Texas 78213
    *Counsel for Defendant Top Gym LLC*

                                                      _____
                                                      Francesca A. Di Troia