IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br>  *Plaintiff,*<br><br>v.<br><br>TOP GYM LLC,<br>  *Defendant.* | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 7:21-cv-00080<br>§<br>§<br>§ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE RICARDO H. HINOJOSA, U.S. DISTRICT JUDGE:

Plaintiff Atlantic Casualty Insurance Company has reached a settlement with Defendant Top Gym LLC to resolve this lawsuit. Accordingly, per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Atlantic Casualty Insurance Company and Top Gym LLC stipulate to dismiss with prejudice all claims asserted by and between them in this lawsuit, with each party to bear its or their own attorneys' fees and costs.

*Camille Johnson* (signature)
Camille Johnson
State Bar No. 10686600
S.D. Bar No. 16414
SAVRICK, SCHUMANN, JOHNSON,
MCGARR, KAMINSKI & SHIRLEY, LLP
4621 Ross Avenue, Suite 300
Dallas, Texas 75204
O: (214) 368-1515
F: (214) 292-9647
camille@ssjmlaw.com
**Counsel for Plaintiff Atlantic Casualty Insurance Company**

/s/ Jose A. Chapa (with permission)
Jose A. Chapa
State Bar No. 24113688
S.D. Bar No. 3410000
JOSE A. CHAPA LAW FIRM, PLLC
3116 Scenic Way Avenue
McAllen, Texas 78503
O: (214) 629-0788
jachapa@mail.smu.edu

Eric A. Quiroz
State Bar No. 24090921
S.D. Bar No. 2705110
Douglas E. Pennebaker
State Bar No. 00788178
S.D. Bar No. 23238
PENNEBAKER LAW FIRM, P.C.
2101 NW Military Hwy.
San Antonio, Texas 78213
O. (210) 562-2882
eric@pennebakerlaw.com
**Counsel for Defendant Top Gym LLC**